```
                                    F I L E D
                              CLERK, U.S. DISTRICT COURT

                                    4/11/2025

                              CENTRAL DISTRICT OF CALIFORNIA
                              BY: _____ASI_____ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>EDDIE ROJO,<br><br>        Defendant. | CR  2:25-cr-00273-HDV<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 922(g)(1): Felon in Possession of Ammunition; 18 U.S.C. § 924 and 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The Grand Jury charges:

[18 U.S.C. § 922(g)(1)]

On or about December 25, 2024, in Ventura County, within the Central District of California, defendant EDDIE ROJO knowingly possessed ammunition, namely, eight rounds of Fiocchi 9mm Luger caliber ammunition, which were loaded inside of a magazine for a privately manufactured 9mm Luger caliber semiautomatic pistol bearing no serial number (commonly referred to as a "ghost gun"), each in and affecting interstate and foreign commerce.

Defendant ROJO possessed such ammunition knowing that he

previously had been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

1.   Unlawful Driving or Taking of a Vehicle, in violation of California Vehicle Code Section 10851(a), in the Superior Court of the State of California, County of Ventura, Case Number 2016002851, on or about March 23, 2017;

2.   Felon in Possession of a Firearm, in violation of California Penal Code Section 29800(a)(1), in the Superior Court of the State of California, County of Ventura, Case Number 2019005695, on or about May 15, 2019;

3.   Felon in Possession of a Firearm, in violation of California Penal Code Section 29800(a)(1), in the Superior Court of the State of California, County of Ventura, Case Number 2021007703, on or about May 14, 2021; and

4.   Felon in Possession of a Firearm, in violation of California Penal Code Section 29800(a)(1), in the Superior Court of the State of California, County of Ventura, Case Number 2021012767, on or about August 31, 2021.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1.    Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in this Indictment.

2.    Defendant, if so convicted, shall forfeit to the United States of America the following:

a.    All right, title, and interest in any firearm or ammunition involved in or used in any such offense, including but not limited to the following:

i.    One unserialized Polymer80 model PF940C 9mm Luger pistol; and

ii.    Eight rounds of Fiocchi 9mm Luger caliber ammunition.

b.    To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.    Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the convicted defendant shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of said defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has

3

been transferred, sold to, or deposited with a third party; (c) has

been placed beyond the jurisdiction of the court; (d) has been

substantially diminished in value; or (e) has been commingled with

other property that cannot be divided without difficulty.


A TRUE BILL


/S/
Foreperson


BILAL A. ESSAYLI
United States Attorney

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

*Frances S. Lewis*

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

SHAWN T. ANDREWS
Assistant United States Attorney
Deputy Chief, General Crimes
Section

DIANE ROLDÁN
Assistant United States Attorney
General Crimes Section